UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10038-CIV-KING/BANDSTRA

ALEXIS NORNEILLA MORALES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AWARDING COUNSEL ATTORNEY'S FEES

THIS CAUSE comes before the Court on the August 17, 2009 Report and Recommendation of Magistrate Judge Ted E. Bandstra (D.E. # 33) recommending that Mr. Mauricio L. Aldazabal be reimbursed $8,456.00 for his court appointed representation of the Petitioner.

This Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Ted E. Bandstra's August 17, 2009 Report and Recommendation (**D.E. # 33**) be, and the same is hereby, **AFFIRMED and ADOPTED.**

2. Mr. Mauricio L. Aldazabal is entitled to the full reimbursement of $8,456.00 included on his expense voucher.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 18th day of August, 2009.

```
                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF FLORIDA
```

cc:

**Magistrate Judge Ted E. Bandstra**

<u>*Counsel for Petitioner*</u>
Mauricio Lopez Aldazabal
2655 Le Jeune Road
Suite 1001
Coral Gables, FL 33134

<u>*Counsel for Government*</u>
Anne Ruth Schultz
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132